IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN CURTIS DONGES,

    Petitioner,                      No. 2:12-cv-1526 EFB P

   vs.

UNKNOWN,

    Respondent.                 ORDER

                              /

       Petitioner is a state prisoner without counsel. This case is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4). Petitioner has filed a document titled "Notice of intent to file a Petition for Writ of Habeas Corpus." Dckt. No. 1. In this document, petitioner explains that he intends to file a federal habeas petition, but that he is unable to file his petition at this time. *Id*. Petitioner also states that he wants to "safe-guard myself in case my time restraints expire." *Id*.

       Petitioner's filing only signals his intent to file a petition; it does not act as a protective petition for purposes of the Anti-Terrorism and Effective Death Penalty Act of 1996's one-year statute of limitation. Furthermore, to commence a civil action, a party is required to file a complaint or petition. Fed. R. Civ. P. 3; Rule 3, Rules Governing § 2254 Cases. Petitioner's filing constitutes neither. If petitioner wishes to proceed with this case, he must file a petition.

1

1  Accordingly, it is hereby ORDERED that:

2  1.  Petitioner shall file a petition for writ of habeas corpus within 30 days of the date of
3  this order; and

4  2.  Petitioner is warned that failure to do so will result in this case being closed.

5  DATED: August 1, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE