UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CURTIS DONGES, | No. 2:12-cv-1526 AC P |
| Petitioner, | |
| v. | ORDER |
| J. SOTO, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding in forma pauperis on this petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. The parties have consented to the jurisdiction of the undersigned. See ECF Nos. 3, 14.

On June 20, 2013, the court appointed the Federal Defender to act as counsel for petitioner. ECF No. 28. The court additionally granted petitioner's requests for discovery and an evidentiary hearing. Id.

On June 21, 2013, petitioner filed with the court a motion for discovery and an evidentiary hearing. In light of the court's June 20, 2013 order appointing counsel, the court will not consider the pro se motion, and will instead deny it subject to renewal by appointed counsel. Petitioner is advised that any future requests must be addressed to the court by counsel.

////

////

1  Accordingly, IT IS HEREBY ORDERED that petitioner's motion for discovery and an
2 evidentiary hearing (ECF No. 28) is denied without prejudice.
3 DATED: June 28, 2013

_____/s/_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:rb/dong1526.ord(2)