UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CURTIS DONGES,<br><br>    Petitioner,<br><br>  v.<br><br>J. SOTO, Warden,<br><br>    Respondent. | No. 2:12-cv-1526 AC P<br><br><br><br>ORDER |

On June 20, 2013, the court appointed the Federal Defender to act as counsel for petitioner. ECF No. 28. The court additionally granted petitioner's requests for discovery and an evidentiary hearing regarding equitable tolling. Id. In its June 20, 2013 order, the court directed that this matter be set for a status conference on August 14, 2013. Id.

On July 26, 2013, counsel for the respondent filed a status report which included, among other things, a request to vacate the August 14, 2013 status conference. See ECF No. 31. This request is denied. Instead, the status conference is rescheduled to August 28, 2013 at 10:00 a.m. in Courtroom 26.

In light of respondent's reported intention not to re-notice the motion to dismiss, counsel for petitioner shall be prepared to indicate at the status conference whether s/he intends to seek

////

////

1

1  expansion of the appointment.

2      IT IS SO ORDERED.

3  DATED: August 7, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:rb/dong1526.ord(3)