1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SHAWN CURTIS DONGES,                            No.  2:12-cv-1526 AC P

12                  Petitioner,

13          v.                                       ORDER

14   J. SOTO, Warden,

15                  Respondent.

16

17          On June 20, 2013, the court appointed the Federal Defender to act as counsel for

18   petitioner.  ECF No. 28.  The court additionally granted petitioner's requests for discovery and an

19   evidentiary hearing regarding equitable tolling.  Id.  In its June 20, 2013 order, the court directed

20   that this matter be set for a status conference on August 14, 2013.  Id.

21          On July 26, 2013, counsel for the respondent filed a status report which included, among

22   other things, a request to vacate the August 14, 2013 status conference.  See ECF No. 31.  This

23   request is denied.  Instead, the status conference is rescheduled to August 28, 2013 at 10:00 a.m.

24   in Courtroom 26.

25          In light of respondent's reported intention not to re-notice the motion to dismiss, counsel

26   for petitioner shall be prepared to indicate at the status conference whether s/he intends to seek

27   ////

28   ////

                                                    1

1    expansion of the appointment.

2           IT IS SO ORDERED.

3    DATED: August 7, 2013

4                                              _____
                                               ALLISON CLAIRE
5                                              UNITED STATES MAGISTRATE JUDGE

6

7

8    AC:rb/dong1526.ord(3)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28