1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   SHAWN CURTIS DONGES,                     No.  2:12-cv-1526 AC P

11              Petitioner,

12       v.                                   ORDER

13   J. SOTO, Warden,

14              Respondents.

15

16       Pursuant to the parties' joint status report filed on December 3, 2013 (ECF No. 37), THIS

17   COURT ORDERS AS FOLLOWS:

18       1.  The amended petition for writ of habeas corpus shall be filed on or before March 5,

19   2014;

20       2.  An answer shall be filed on or before May 5, 2014; and,

21       3.  The traverse is due on or before June 4, 2014.

22   DATED: December 9, 2013

23   _____

     ALLISON CLAIRE

24   UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                              1