UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CURTIS DONGES,<br><br>Petitioner,<br><br>v.<br><br>J. SOTO, Warden,<br><br>Respondents. | No. 2:12-cv-1526 AC P<br><br><br><br>ORDER |

Pursuant to the parties' joint status report filed on December 3, 2013 (ECF No. 37), THIS COURT ORDERS AS FOLLOWS:

1. The amended petition for writ of habeas corpus shall be filed on or before March 5, 2014;

2. An answer shall be filed on or before May 5, 2014; and,

3. The traverse is due on or before June 4, 2014.

DATED: December 9, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1