1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
   SHAWN CURTIS DONGES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CURTIS DONGES, | NO. 2:12-cv-1526 AC P |
| Petitioner, | [~~PROPOSE~~D] ORDER TO SEAL EXHIBIT D |
| v. | |
| DANIEL PARAMO, WARDEN, | |
| Respondent. | |

Petitioner's requests are GRANTED. The Court finds that the document includes sensitive medical and mental health records and evaluations in which Petitioner's strong privacy rights compellingly outweigh the general right of public access to court records.

The Clerk of the Court is directed to withdraw the 26-page Khazanov declaration (Exhibit D to the Amended Petition [currently filed as docket entry 48-4]) from the public record and file and maintain the declaration under seal indefinitely, permitting access only to officers and employees of the court where disclosure is necessary.

Dated: September 17, 2014

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE