HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN C. MᶜCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Petitioner
SHAWN CURTIS DONGES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CURTIS DONGES, | NO. 2:12-cv-1526 AC P |
| Petitioner, | [PROPOSED] ORDER TO SEAL EXHIBITS E AND F |
| v. | |
| JOE A. LIZARRAGA, WARDEN, | |
| Respondent. | |

Petitioner's request to seal Exhibits E and F (ECF No. 56) is GRANTED. The Court finds that the documents includes sensitive medical and mental health records and evaluations in which Petitioner's strong privacy rights compellingly outweigh the general right of public access to court records.

The Clerk of the Court is directed to file and maintain Exhibits E and F to the Second Amended Petition under seal indefinitely, permitting access only to officers and employees of the court where disclosure is necessary.

SO ORDERED.

DATED: January 17, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE